```
SCOTT N. JOHNSON, ESQ., SBN 166952
Law Offices of SCOTT N. JOHNSON
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
TELEFAX (916) 481-4224
```

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>THOMAS C. LEE; LEONA G. LEE; and<br>DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.: CIV.S 05-0391-MCE-KJM<br><br>**STIPULATED DISMISSAL AND ORDER**<br><br>Complaint Filed: FEBRUARY 28, 2005 |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that this action be and is hereby dismissed with prejudice pursuant to FRCP 41 (a)(2).

///

///

1 | Dated: December 1, 2005                    /s/ Thomas C. Lee
2 |                                             THOMAS C. LEE,
3 |                                             Defendant in Pro Per
4 |
5 | Dated: December 1, 2005                    /s/ Leona G. Lee
6 |                                             LEONA G. LEE,
7 |                                             Defendant in Pro Per
8 |
9 |
10 | Dated: November 30, 2005                   /s/ Scott N. Johnson
                                                SCOTT N. JOHNSON,
11 |                                            Plaintiff in Pro Per
12 |
13 | **IT IS SO ORDERED**.
14 |
15 | Dated: December 5, 2005
16 |
17 |                                             _____
                                                 MORRISON C. ENGLAND, JR
                                                 UNITED STATES DISTRICT JUDGE
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |